PAUL CARUSO, APPELLANT, v. JOHN HANCOCK MUTUAL
LIFE INSURANCE CO., ETC., RESPONDENT.

Submitted October 31, 1947—Decided January 29, 1948.

598

600

For the appellant, *Nathan Rabinowitz* (*Ervan F. Kushner*, of counsel).

For the respondent, *McCarter, English & Studer* (*Conover English*, of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Bodine, Donges, Heher, Colie, Wachenfeld, Eastwood, Burling, Wells, Dill, Freund, McLean, Schettino, JJ. 14.

*For reversal*—None.